PD-0819-15

NO. 05-14-00724-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

ROBERT JOE KIMBLE

FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

Vs.

THE STATE OF TEXAS

From Appeal No. 05-14-00724-CR
Trial Cause No. F13-55104-T
Dallas County

"FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCREIONARY REVIEW."

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS: comes now, Robert Joe Kimble, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following:

## I.

The Petitioner was convicted in the 283rd District Court of Dallas county, Texas of the offense of Aggravated Assault with Deadly Weapon in cause NO. F13-55104-T, styled State of Texas vs. Robert Joe Kimble. The Petitioner appealed to the court of Appeals, Fifth supreme Judicial District. The case was affirmed on 5/28/2015.

## II.

The present deadline for filing Petition for Discretionary Review is _7-8-15_. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of Appeals in Affirming his case until 6-1-15. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, _Julie Woods_, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in case No. _05-14-00724-CB_ to _9-30-2015_.

Date. _6-28-15_

_Robert Joe Kimble_
Petitioner, Por se
Texas Department of Criminal
Justice, McConnell Unit.
T.D.C.J.# _1934929_
3001 S. Emily Drive
Beeville, Texas 78102

## SETIFCATE OF SERVICE

I certify that a true and corect copy of the obove foregoing First Motion for Extension of time to file a petition for discretionary review, has been forwarded by U.S. Mail, postage prepaid, first class to the Attorney for the state, Craig Watkins, at Dallas, County District Attorney Office, Frank Crowley Courts Building, 133 N. Riverfront, LB-19, Dallas, Texas 75207-4399, and to the state Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the ___6___ day of ___28___, 20 _15_.

Robert Joe Kimble
Petitioner, pro se

I, Robert Joe Kimble, T.D.C.I. # 1934929, being presently incarcerated in the McConnell Unit of the Texas Department of Criminal Justice in Beeville, County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the ___6___ day of ___28___ 20 _15_.

Robert Kimble
T.D.C.I. # 1934929